**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | JDI Cumberland Inlet, LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 87-1354907 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8200 Roberts Drive | |
| Number        Street | Number        Street |
| Ste. 475 | |
| | P.O. Box |
| Atlanta        GA    30350 | |
| City                State    ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number        Street |
| | |
| | City                State        ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | JDI Cumberland Inlet, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5313

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                              MM / DD / YYYY

        District _____ When _____ Case number _____
                                              MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

        District _____ When _____
                                     MM  /  DD  / YYYY

        Case number, if known _____

| Debtor | JDI Cumberland Inlet, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | | |
|---|---|---|
| Number | Street | |

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    JDI Cumberland Inlet, LLC
_____
Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
    MM / DD / YYYY

✖ /s/ James F. Jacoby
_____
Signature of authorized representative of debtor

James F. Jacoby
Printed name

Title Authorized Representative

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date 05/05/2025
MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number       Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

**Fill in this information to identify the case:**

Debtor name _____JDI Cumberland Inlet, LLC_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  Safe and Green Development Corp. fka SG Development Crop | | Monies Loaned / Advanced | | | | 4,500,000.00 |
| 2  Camden County Tax Commissioner PO Box 698 Woodbine, GA, 31569 | | Taxes & Other Government Units | | | | 125,000.00 |
| 3  Brasfield & Gorrie, LLC 3021 7th Avenue South Birmingham, AL, 35233 | | Services | | | | 31,846.00 |
| 4  The Ligon Firm 158 Scranton Connector Brunswick, GA, 31525 | | Services | | | | 30,453.05 |
| 5  City of St. Mary's 418 Osborne Street Saint Marys, GA, 31558 | | Taxes & Other Government Units | | | | 25,000.00 |
| 6  Marketing Eye, LLC 3344 Peachtree Road, Ste. 800 Atlanta, GA, 30326 | | Suppliers or Vendors | | | | 24,400.00 |
| 7  Terracon 10841 S. Ridgeview Road Olathe, KS, 66061 | | Suppliers or Vendors | | | | 23,688.69 |
| 8  Dentons US LLP 303 Peachtree St NE Ste 5300 Atlanta, GA, 30308 | | Services | | | | 21,686.00 |

Debtor      JDI Cumberland Inlet, LLC
_____
            Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Ecological Solutions, Inc. 630 Colonial Park Drive, Ste. 200 Roswell, GA, 30075 | | Suppliers or Vendors | | | | 6,000.00 |
| 10  The Abram Law Group, LLC 1200 Ashwood Parkway Ste. 560 Atlanta, GA, 30338 | | Services | | | | 2,920.00 |
| 11  Dougherty Architecture & Design, P.A. 4475 Legendary Drive, Ste. D Destin, FL, 32541 | | Services | | | | 2,500.00 |
| 12  AKM Surveying, Inc. PO Box 5730 Saint Marys, GA, 31558 | | Suppliers or Vendors | | | | 1,080.00 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___JDI Cumberland Inlet, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/05/2025___          ✘ /s/ James F. Jacoby
          MM / DD / YYYY                       Signature of individual signing on behalf of debtor

                                      James F. Jacoby
                                      Printed name

                                      Authorized Representative
                                      Position or relationship to debtor

AKM Surveying, Inc.
PO Box 5730
Saint Marys, GA 31558

Brasfield & Gorrie, LLC
3021 7th Avenue South
Birmingham, AL 35233

Camden County Tax Commissioner
PO Box 698
Woodbine, GA 31569

City of St. Mary's
418 Osborne Street
Saint Marys, GA 31558

Daniel J. Strowe, Esq. Roberts | Tate LLC
2487 Demere Road
Ste. 400
Saint Simons Island, GA 31522

Dentons US LLP
303 Peachtree St NE Ste 5300
Atlanta, GA 30308

Dougherty Architecture & Design, P.A.
4475 Legendary Drive, Ste. D
Destin, FL 32541

Ecological Solutions, Inc.
630 Colonial Park Drive, Ste. 200
Roswell, GA 30075

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacoby Development Inc.
8200 Roberts Drive
Ste. 475
Atlanta, GA 30350

Joint Development Authority of Camden County
531 N Lee Street
Kingsland, GA 31548

Marketing Eye, LLC
3344 Peachtree Road, Ste. 800
Atlanta, GA 30326

Matsco, Inc.
1600 Kenview Drive, N.W.
Marietta, GA 30060

Matsco, Incorporated
PO Drawer 970
Marietta, GA 30061

Matthew Burton
Matsco, Incorporated
1600 Kenview Drive NW
Marietta, GA 30060

Safe and Green Development Corp.
fka SG Development Crop

Samuel Richards, Esq.
Matsco, Incorporated
PO Drawer 970
Marietta, GA 30061

Terracon
10841 S. Ridgeview Road
Olathe, KS 66061

The Abram Law Group, LLC
1200 Ashwood Parkway
Ste. 560
Atlanta, GA 30338

The Ligon Firm
158 Scranton Connector
Brunswick, GA 31525

United States Bankruptcy Court

Northern District of Georgia

In re:  JDI Cumberland Inlet, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____05/05/2025_____

/s/ James F. Jacoby
_____
Signature of Individual signing on behalf of debtor

Authorized Representative
_____
Position or relationship to debtor