UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JDI CUMBERLAND INLET, LLC, | : | CASE NO. 25-55072 - SMS |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

Comes now Lindsay P. S. Kolba and gives notice of her appearance on behalf of Mary Ida Townson, United States Trustee for Region 21.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov