**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **JDI Cumberland Inlet, LLC**

Case No.: **25–55072–sms**
Chapter: **11**
Judge: **Sage M. Sigler**

# *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on <u>5/5/25</u> . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 5/12/25**
None Apply

**To be filed by 5/12/25**
None Apply

**To be Filed by 5/19/25**
  Statement of Financial Affairs (Official Form B207)
  Schedules A/B thru H (Official Forms B206A/B – B206H)
  Summary of Assets and Liabilities (Official Form B206 Summary)
  Attorney Disclosure of Compensation Form (Official Form B2030)
  List of Equity Security Holders

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on May 6, 2025.

*[signature: Sage M. Sigler]*

Form 430c December 2018

Sage M. Sigler
United States Bankruptcy Judge