# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO. 25-55072-SMS** |
| **JDI CUMBERLAND INLET, LLC,** | **CHAPTER 11** |
| Debtor. | |

## MOTION FOR EXTENSION OF TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

JDI Cumberland Inlet, LLC (the "**Debtor**") files this Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") and in support thereof, respectfully represents:

1. Debtor filed its petition for relief under Chapter 11, Title 11, of the United States Code on May 5, 2025 (the "**Petition Date**").

2. Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen days of the Petition Date. The deadline expires on May 19, 2025.

3. The Debtor requests an extension of eight days within which to file its Schedules and Statement of Financial Affairs to ensure all information is complete.

4. This is the Debtor's first request for an extension, and the Debtor believes that additional extensions will not be required. The § 341 Meeting of Creditors has been scheduled for June 9, 2025.

WHEREFORE, the Debtor respectfully requests this Court:

    (a)    enter an order, substantially in the form attached hereto as **<u>Exhibit A</u>**;

    (b)    grant the requested extension through and including May 27, 2025; and

    (c)    grant such other and further relief as the Court deems just and reasonable.

Dated: May 19, 2025                **ROUNTREE LEITMAN KLEIN & GEER, LLC**

                                      <u>/s/ *Ceci Christy*</u>
                                      Ceci Christy, Ga. Bar No. 370092
                                      Century Plaza I
                                      2987 Clairmont Road, Suite 350
                                      Atlanta, Georgia 30329
                                      (404) 584-1238 Telephone
                                      cchristy@rlkglaw.com
                                      Proposed Attorneys for Debtor

**EXHIBIT "A"**

**[PROPOSED ORDER]**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 25-55072-SMS** |
| **JDI CUMBERLAND INLET, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME**
**FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. 9] filed on May 19, 2025. It appears to the Court that a Chapter 11 case was commenced by the filing of a voluntary petition on May 5, 2025, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on May 19, 2025; that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

3

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its Schedules and Statement of Financial Affairs is hereby extended through and including May 27, 2025.

[END OF DOCUMENT]

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ *Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
Proposed Attorneys for Debtor

DISTRIBUTION LIST

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served copy of the foregoing **Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs** via by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

Lindsay P. S. Kolba
lindsay.p.kolba@usdoj.gov

Dated:  May 19, 2025

*/s/ Ceci Christy*
Ceci Christy