**IT IS ORDERED as set forth below:**

**Date: May 20, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO. 25-55072-SMS** |
| **JDI CUMBERLAND INLET, LLC,** | **CHAPTER 11** |
| Debtor. | |

## ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
## FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

This matter is before the Court upon Debtor's Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Docket No. 9] filed on May 19, 2025. It appears to the Court that a Chapter 11 case was commenced by the filing of a voluntary petition on May 5, 2025, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), Debtor is obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on May 19, 2025; that Debtor seeks an extension of time in which to file its Schedules and Statement of Financial Affairs; that the Section 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**; and

2. The time period within which Debtor must file its Schedules and Statement of Financial Affairs is hereby extended through and including May 27, 2025.

[END OF DOCUMENT]

**Prepared and Presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ *Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
Proposed Attorneys for Debtor

DISTRIBUTION LIST

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303