UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JDI CUMBERLAND INLET, LLC | ) | CASE NO. 25-55072-SMS |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

TO: ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Ron C. Bingham, II, of the Firm of Adams and Reese LLP, and files this Entry of Appearance and Demand for Service of Papers, as counsel for and on behalf of MATSCO, INC., a creditor and party in interest in the above styled case, and pursuant to Bankruptcy Rules 2002 and 11 U.S.C. § 1109(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

>Ron C. Bingham, II, Esq.
>Adams and Reese LLP
>3424 Peachtree Road, NE, Suite 1600
>Atlanta, Georgia 30326
>Telephone: 470-427-3701
>Facsimile: 404-500-5975
>Email: ron.bingham@arlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

This 9th day of June, 2025.

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
Georgia Bar No. 057240

ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for MATSCO, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JDI CUMBERLAND INLET, LLC | ) | CASE NO. 25-55072-SMS |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Entry of Appearance and Demand for Service of Papers** was sent electronically via this Court's CM/ECF System upon registered users and/or via First Class U.S. Mail, postage prepaid, to those parties listed below on this the 9th day of June, 2025:

JDI Cumberland Inlet, LLC
8200 Roberts Drive, Suite 475
Atlanta, Georgia 30350

William A. Rountree, Esq.
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, Georgia 30326
wrountree@rlkglaw.com

Lindsay P.S. Kolba, Esq.
Office of the U.S. Trustee
75 Ted Turner Drive, SW, Suite 362
Atlanta, Georgia 30303
Lindsay.p.kolba@usdoj.gov

Bryan E. Bates
Bradley Arant Boult Cummings LLP
Promenade Tower, Ste 20th Floor
1230 Peachtree Street NE
Atlanta, GA 30309
bebates@bradley.com

Ceci Christy
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd, Ste 350
Atlanta, GA 30329
cchristy@rlkglaw.com

And upon the creditors and parties in interest listed on the attached Exhibit "A".

This 9th day of June, 2025.

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
Georgia Bar No. 057240

ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for MATSCO, Inc.

Exhibit "A"

AKM Surveying, Inc.
PO Box 5730
Saint Marys, GA 31558

Brasfield & Gorrie, LLC
3021 7th Avenue South
Birmingham, AL 35233

Camden County Tax Commissioner
PO Box 698
Woodbine, GA 31569

City of St. Mary's
418 Osborne Street
Saint Marys, GA 31558

Daniel J. Strowe, Esq. Roberts
Tate LLC
2487 Demere Road
Ste. 400
Saint Simons Island, GA 31522

Dentons US LLP
303 Peachtree St NE Ste 5300
Atlanta, GA 30308

Dougherty Architecture & Design, P.A.
4475 Legendary Drive, Ste. D
Destin, FL 32541

Ecological Solutions, Inc.
630 Colonial Park Drive, Ste. 200
Roswell, GA 30075

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacoby Development Inc.
8200 Roberts Drive
Ste. 475
Atlanta, GA 30350

Joint Development Authority of Camden
County
531 N Lee Street
Kingsland, GA 31548

Marketing Eye, LLC
3344 Peachtree Road, Ste. 800
Atlanta, GA 30326

Matthew Burton
Matsco, Incorporated
1600 Kenview Drive NW
Marietta, GA 30060

Safe and Green Development Corp.
fka SG Development Crop
990 Biscayne Blvd.
Miami, FL 33132

Terracon
10841 S. Ridgeview Road
Olathe, KS 66061

The Abram Law Group, LLC
1200 Ashwood Parkway
Ste. 560
Atlanta, GA 30338

The Ligon Firm
158 Scranton Connector
Brunswick, GA 31525

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309