UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> JDI CUMBERLAND INLET, LLC <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO: 25-55072-sms |

### MOTION OF CAMDEN COUNTY JOINT DEVELOPMENT AUTHORITY FOR RULE 2004 EXAMINATION OF THE DEBTOR AND PRODUCTION OF DOCUMENTS

Camden County Joint Development Authority (the "**Development Authority**") moves for entry on an order authorizing the examination of the Debtor and the production of documents from the Debtor pursuant to Fed. R. Bankr. P. 2004.

### Procedural History

1. On May 5, 2025, JDI Cumberland Inlet, LLC (the "**Debtor**") filed a voluntary bankruptcy petition under chapter 11 of the Bankruptcy Code.

2. On May 22, 2025, the Debtor filed its bankruptcy schedules and statement of financial affairs (the "**Schedules**"). (Doc. 11.)

3. The Debtor's representative failed to appear at the 341 meeting of creditors scheduled for June 9, 2025.

### Background

4. Jacoby Development Inc. ("**Jacoby Development**"), the City of St. Marys, and the Development Authority entered into a Development Agreement (the "**Development Agreement**") dated September 16, 2020. Thereafter, Jacoby Development assigned the Development Agreement to the Debtor but was not released of its obligations thereunder. The

1

4900-2649-5820.1

Debtor's Schedules reflect that Jacoby Development is the 100% equity interest holder in the Debtor. (Doc 11, p. 18.)

5. Consistent with the Development Agreement, the Development Authority issued its Series 2020 Bond, the proceeds of which were used, in part, to make a loan (the "**Loan**") to the Debtor for the acquisition of all or substantially all the Debtor's real property. A summary of the loan transaction (the "**Loan Summary**") is set forth on attached **Exhibit "A."** As described in the Loan Summary, the Debtor executed a Guaranty in favor of the Development Authority pursuant to which it also absolutely and unconditionally guaranteed repayment of the Series 2020 Bond.

6. The Loan is secured by all or substantially all of the Debtor's real property.[1]

7. The Debtor's performance under the Development Agreement, the Loan, and related Loan Documents (as described in the Loan Summary) is of great public importance to the Development Authority, the City of St. Marys and Camden County, Georgia.

**Areas of Inquiry and Requested Documents**

8. The Development Authority seeks authorization to examine the Debtor regarding the following subjects: (a) its assets and liabilities; (b) its financial affairs; (c) the Schedules (Doc.11); (d) the Debtor's real property, including its value and development; (e) the Development Agreement, including the Debtor's performance under the agreement; (f) the Loan and related Loan Documents; (g) adequate protection; (h) the prospects for reorganization; (i) efforts to refinance the Loan; (i) efforts to secure financing to develop its real property in conformity with the Development Agreement or otherwise; (j) efforts to secure additional capital

---

[1] The Debtor's Schedules reflect that the Development Authority has a non-contingent, liquidated, and undisputed secured claim in the amount of $9,386,336.58 which is secured by the Debtor's real property. (Doc. 11, p. 9.) The Development Authority's secured claim is more than the scheduled amount. The Development Authority will file its proof of claim in due course.

2

4900-2649-5820.1

to develop its real property in conformity with the Development Agreement or otherwise; (k) efforts to sell the Debtor's real property or any portions thereof; (l) bad faith in connection with filing the Petition; and (m) matters that may affect the administration of the Debtor's estate.

9. The Development Authority requests that the Debtor produce the following categories of documents in connection with the examination: (a) all letters of intent, commitment letters, expressions of interest, or similar documents regarding refinancing the Loan; (b) all letters of intent, commitment letters, expressions of interest, or similar documents regarding financing development of the Debtor's real property; (c) all documents that the Debtor contends show its efforts to secure financing to develop the Debtor's real property in conformity with the Development Agreement or otherwise; (d) all documents that the Debtor contends shows its efforts to raise additional capital to develop the Debtor's real property in conformity with the Development Agreement or otherwise; (e) all documents related to or otherwise supporting the Debtor's valuation of its real property as reflected in the Schedules; (f) all appraisals of the Debtor's real property or any portion thereof; (g) all documents that show any attempts or efforts by the Debtor to sell or lease its real property or any portion thereof in conformity with the Development Agreement or otherwise; (h) any drafts of the "Master Plan", the "Implementation Plan", and the "Plan of Finance" described in the Development Agreement; and (i) all plans, drawings, specifications, contracts, and subcontracts regarding development of Debtor's real property.

WHEREFORE, the Development Authority requests the entry of an order substantially in the form attached hereto authorizing the Development Authority to conduct a 2004 examination of the Debtor in person at a mutually convenient time and place in Camden County, Georgia (unless otherwise agreed) on or before July 18, 2025, requiring the Debtor to produce any

documents in its possession or control that are responsive to the categories of documents set forth above no later than five (5) business days in advance of the 2004 exam, and granting such additional and further relief as the Court determines is appropriate.

Dated: June 18, 2025                          BRADLEY ARANT BOULT CUMMINGS LLP

/s/ Bryan E. Bates
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E:  bebates@bradley.com

Edwin G. Rice
(*Pro hac vice application being prepared*)
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Counsel for Camden County Joint Development Authority*

[form of proposed order]

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>JDI CUMBERLAND INLET, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NO: 25-55072-sms |

**ORDER GRANTING
MOTION FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004**

The motion of Camden County Joint Development Authority ("Movant") for an order authorizing the examination of JDI Cumberland Inlet, LLC pursuant to Rule 2004 having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed. R. Bankr. P. 2004(b) and that the Debtor, JDI Cumberland Inlet, LLC, shall appear in person for examination by Movant at a mutually convenient time and place in Camden County, Georgia (unless otherwise agreed) on or before July 18, 2025.

4900-2649-5820.1

**IT IS FURTHER ORDERED** that, subject to timely objection, the Debtor, in an orderly fashion, shall produce no later than five (5) business days in advance of said examination the records and documents listed in the foregoing Motion.

**END OF DOCUMENT**

**Prepared and presented by:**

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Bryan E. Bates*
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E:  bebates@bradley.com

Edwin G. Rice
(*Pro hac vice application being prepared*)
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Counsel for Camden County Joint Development Authority*

4900-2649-5820.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will send notification of such filing to those parties who receive electronic notices via CM/ECF in the above-referenced case, including:

Ron C. Bingham, II on behalf of Creditor Matsco, Inc.
ron.bingham@arlaw.com, lianna.sarasola@arlaw.com

Ceci Christy on behalf of Debtor JDI Cumberland Inlet, LLC
cchristy@rlkglaw.com,wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

Lindsay P. S. Kolba on behalf of U.S. Trustee United States Trustee
lindsay.p.kolba@usdoj.gov

William A. Rountree on behalf of Debtor JDI Cumberland Inlet, LLC
wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

                                                By:    */s/ Bryan E. Bates*
                                                        Bryan E. Bates

4900-2649-5820.1