**IT IS ORDERED as set forth below:**

**Date: June 20, 2025**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> JDI CUMBERLAND INLET, LLC <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO: 25-55072-sms |

### ORDER GRANTING
### MOTION FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

The motion of Camden County Joint Development Authority ("Movant") for an order authorizing the examination of JDI Cumberland Inlet, LLC pursuant to Rule 2004 having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed. R. Bankr. P. 2004(b) and that the Debtor, JDI Cumberland Inlet, LLC, shall appear in person for examination by Movant at a mutually convenient time and place in Camden County, Georgia (unless otherwise agreed) on or before July 18, 2025.

5

4900-2649-5820.1

**IT IS FURTHER ORDERED** that, subject to timely objection, the Debtor, in an orderly fashion, shall produce no later than five (5) business days in advance of said examination the records and documents listed in the foregoing Motion.

**END OF DOCUMENT**

**Prepared and presented by:**

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Bryan E. Bates*
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E:  bebates@bradley.com

Edwin G. Rice
(*Pro hac vice application being prepared*)
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Counsel for Camden County Joint Development Authority*

## DISTRIBUTION LIST

WILLIAM A. ROUNTREE
CECI CHRISTY
ROUNTREE LEITMAN KLEIN & GEER LLC
2987 CLAIRMONT RD NE, STE 350
BROOKHAVEN, GA 30329-4435

BRYAN E. BATES
BRADLEY ARANT BOULT CUMMINGS LLP
1230 PEACHTREE ST., NE, SUITE 2100
ATLANTA, GA 30309