**IT IS ORDERED as set forth below:**

Date: June 20, 2025

_____

Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>JDI CUMBERLAND INLET, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NO: 25-55072-sms |

**ORDER GRANTING
<u>MOTION FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004</u>**

The motion of Camden County Joint Development Authority ("Movant") for an order authorizing the examination of JDI Cumberland Inlet, LLC pursuant to Rule 2004 having been read and considered, it is

**ORDERED** that the motion is **GRANTED** to permit that examination in accordance with Fed. R. Bankr. P. 2004(b) and that the Debtor, JDI Cumberland Inlet, LLC, shall appear in person for examination by Movant at a mutually convenient time and place in Camden County, Georgia (unless otherwise agreed) on or before July 18, 2025.

5

4900-2649-5820.1

**IT IS FURTHER ORDERED** that, subject to timely objection, the Debtor, in an orderly fashion, shall produce no later than five (5) business days in advance of said examination the records and documents listed in the foregoing Motion.

**END OF DOCUMENT**

**Prepared and presented by:**

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ Bryan E. Bates
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E:  bebates@bradley.com

Edwin G. Rice
(*Pro hac vice application being prepared*)
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Counsel for Camden County Joint Development Authority*

6

4900-2649-5820.1

<u>DISTRIBUTION LIST</u>

WILLIAM A. ROUNTREE
CECI CHRISTY
ROUNTREE LEITMAN KLEIN & GEER LLC
2987 CLAIRMONT RD NE, STE 350
BROOKHAVEN, GA 30329-4435

BRYAN E. BATES
BRADLEY ARANT BOULT CUMMINGS LLP
1230 PEACHTREE ST., NE, SUITE 2100
ATLANTA, GA 30309

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-55072-sms |
| JDI Cumberland Inlet, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf440 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JDI Cumberland Inlet, LLC, 8200 Roberts Drive, Ste. 475, Atlanta, GA 30350-4132 |
| | + | BRYAN E. BATES, BRADLEY ARANT BOULT CUMMINGS LLP, 1230 PEACHTREE ST., NE, SUITE 2100, ATLANTA, GA 30309-3534 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 22, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan E. Bates | on behalf of Creditor Camden County Joint Development Authority bebates@bradley.com |
| Ceci Christy | on behalf of Debtor JDI Cumberland Inlet  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |
| Ron C. Bingham, II | on behalf of Creditor Matsco  Inc. ron.bingham@arlaw.com, lianna.sarasola@arlaw.com |
| William A. Rountree | on behalf of Debtor JDI Cumberland Inlet  LLC wrountree@rlkglaw.com, |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf440 | Total Noticed: 2 |

6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

TOTAL: 5