UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC | |
| Debtor. | CHAPTER 11 |

## NOTICE OF BANKRUPTCY RULE 2004 EXAMINATION DUCES TECUM OF JDI CUMBERLAND INLET, LLC

Camden County Joint Development Authority ("CCJDA"), pursuant to Federal Rules of Bankruptcy Procedure 2004, and the Court's Order Granting Motion for Rule 2004 Examination Pursuant to Fed. R. Bankr. P. 2004 (Doc. 20) (the "**2004 Order**"), gives notice that it will conduct the examination of JDI Cumberland Inlet, LLC (the "**Debtor**"), as agreed by the Debtor's and CCJDA's counsel, on **July 24, 2025, at 10:00 a.m. EST** at the following location:

**Bradley Arant Boult Cummings LLP**
**Promenade Tower**
**1230 Peachtree St. NE, 21st Floor**
**Atlanta, GA 30309**

The examination is being conducted pursuant to Federal Rule of Bankruptcy Procedure 2004 and will be taken before an officer authorized to record the testimony of the Debtor. The scope of the examination shall be as described in Bankruptcy Rule 2004. The examination may continue from day to day until its completion.

4916-0121-5826.1

Pursuant to the 2004 Order the Debtor shall produce to the undersigned counsel no later than five (5) business days in advance of the examination the documents described in attached **Exhibit "A."**

Respectfully submitted this 10th day of July 10, 2025

BRADLEY ARANT BOULT CUMMINGS LLP

**/s/** *Bryan E. Bates*
Georgia Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
Phone: (404) 868-2794
Facsimile: (404) 868-2100
Email:  bebates@bradley.com

and

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com
***Admitted Pro Hac Vice***

and

**/s/** *Doroteya N. Wozniak*
Georgia Bar No. 627491
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
Phone: (404) 868-2794
Facsimile: (404) 868-2100
Email:  dwozniak@bradley.com

*Counsel for Camden County Joint Development Authority*

4916-0121-5826.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2025, a true and correct copy of Notice of Bankruptcy Rule 2004 Examination Duces Tecum of JDI Cumberland Inlet, LLC has been filed electronically with the Court's Pacer CM/ECF electronic filing system which will provide a copy to all counsel of record registered with the Court's Pacer CM/ECF electronic filing system. Additionally on July 10, 2025, a copy has been sent via U.S. First Class Mail to the below parties:

JDI Cumberland Inlet, LLC
8200 Roberts Drive
Suite 475
Atlanta, Georgia 30350-4132

By:  /s/ *Doroteya N. Wozniak*
Doroteya N. Wozniak
Georgia Bar No. 627491
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
Phone: (404) 868-2794
Facsimile: (404) 868-2100
Email:  dwozniak@bradley.com

4916-0121-5826.1

3

# **Exhibit A**

- All letters of intent, commitment letters, expressions of interest, or similar documents regarding refinancing the Loan[1];

- All letters of intent, commitment letters, expressions of interest, or similar documents regarding financing development of the Debtor's real property;

- All documents that the Debtor contends show its efforts to secure financing to develop the Debtor's real property in conformity with the Development Agreement or otherwise;

- All documents that the Debtor contends shows its efforts to raise additional capital to develop the Debtor's real property in conformity with the Development Agreement or otherwise;

- All documents related to or otherwise supporting the Debtor's valuation of its real property as reflected in the Schedules;

- All appraisals of the Debtor's real property or any portion thereof;

- All documents that show any attempts or efforts by the Debtor to sell or lease its real property or any portion thereof in conformity with the Development Agreement or otherwise;

- Any drafts of the "Master Plan", the "Implementation Plan", and the "Plan of Finance" described in the Development Agreement; and

- All plans, drawings, specifications, contracts, and subcontracts regarding development of Debtor's real property.

---

[1] Capitalized terms shall have the meaning ascribed to such terms in the Motion of Camden County Joint Development Authority for Rule 2004 Examination of the Debtor and Request for Documents (Doc 19).

4916-0121-5826.1                     4