# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JDI CUMBERLAND INLET, LLC, | ) | CASE NO. 25-55072-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DEBTOR'S REPLY TO CAMDEN COUNTY JOINT DEVELOPMENT AUTHORITY'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY RULE 9018 AUTHORIZING ENTRY OF A CONFIDENTIALITY ORDER

Debtor JDI Cumberland Inlet, LLC ("**Debtor**"), by and through its undersigned counsel, files this brief Reply to Camden County Joint Development Authority's (the "**JDA**") response to Debtor's motion seeking a confidentiality order (the "**Motion**") and respectfully states as follows:

Debtor's proposed confidentiality order provides that the JDA, its counsel, and its experts will have access to the Confidential Documents, as those are defined in the Motion.  Should Debtor find that any Confidential Documents needs the "Attorneys' Eyes Only" designation, those documents would be restricted from JDA's access, but not its counsel who could share the contents but not the actual document.

Debtor intends to produce the Confidential Documents unredacted for JDA's review.  Given the restrictions on disclosure of the Confidential Documents by the drafters of these documents, Debtor cannot produce them without a Confidentiality Order in place or an order of the Court requiring production irrespective of the drafters' designations of "proprietary" and "confidential" and restrictions on production to any other party.

Therefore, Debtor respectfully requests that this Court grant its Motion and enter the Confidentiality Order pursuant to § 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

Respectfully submitted, this 23rd day of July 2025.

**R**OUNTREE **L**EITMAN **K**LEIN &**G**EER**, LLC**

*/s/ Ceci Christy*_____
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I certify that on this day I served the foregoing pleading by filing same and through the Court's ECF system upon the following:

Doroteya Wozniak    dwozniak@bradley.com

Ed Rice    erice@bradley.com

Lindsay Kolba    lindsay.p.kolba@usdoj.gov

This 23rd day of July 2025.

>    /s/ Ceci Christy
>    Ceci Christy
>    Georgia Bar No. 370092