**IT IS ORDERED as set forth below:**

**Date: July 29, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| JDI CUMBERLAND INLET, LLC | CHAPTER 11 |
| Debtor. | CASE NO: 25-55072-sms |

**CONSENT ORDER GRANTING MOTION TO DESIGNATE NATURE OF DEBTOR'S BUSINESS AS SINGLE ASSET REAL ESTATE UNDER 11 U.S.C. 101(51B), AND SETTING RELATED DEADLINES**

Upon consideration of the Motion to Designate Nature of Debtor's Business as Single Asset Real Estate Under 11 U.S.C. § 101(51)(B) (Doc. No. 18) (the "Motion") filed by Camden County Joint Development Authority's (the "JDA"), and upon the consent of JDA and JDI

Cumberland Inlet, LLC ("Debtor") and for good cause appearing, it is **HEREBY ORDERED, ADJUDGED,** and **DECREED** that**:**

1. The Motion is **GRANTED**.

2. Effective as of August 4, 2025, Debtor's business is determined to be a single asset real estate, as defined by 11 U.S.C. § 101(51B), and Debtor is deemed subject to the requirements of 11 U.S.C. § 362(d)(3).

**END OF DOCUMENT**

Presented and Prepared by:

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Bryan E. Bates*
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E: bebates@bradley.com

*/s/ Doroteya N. Wozniak*
Doroteya N. Wozniak
Georgia Bar No. 627491
Promenade Tower
1230 Peachtree Street NE
21st Floor
Atlanta, Georgia 30309
(404) 868 2801 Telephone
dwozniak@bradley.com

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com

2

Secondary email: ajecevicus@bradley.com

*Pro hac vice*

*Counsel for Camden County Joint Development Authority*

Consented to by:

**ROUNTREE LEITMAN KLEIN &GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*


Distribution List:

Lindsay Kolba
United States Trustee's Office
75 Ted Turner Drive, SW
Room 362
Atlanta, GA 30303

3