

**IT IS ORDERED as set forth below:**

**Date: July 29, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JDI CUMBERLAND INLET, LLC, | ) | CASE NO. 25-55072-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AGREED INTERIM ORDER ON DEBTOR'S MOTION FOR PROTECTIVE ORDER REGARDING RULE 2004 EXAMINATION DUCES TECUM OF DEBTOR

Before the Court is JDI Cumberland Inlet, LLC's ("Debtor") Motion for Entry of Order Pursuant to Bankruptcy Rule 9018 Authorizing Entry of a Confidentiality Order (Doc. 29) (the "Motion"), Camden County Joint Development Authority's (the "JDA") response in opposition to the Motion (Doc. 32) ("Response"), and Debtor's reply to JDA's Response (Doc. 33) (the "Reply"). The Court held a telephonic status conference on July 24, 2025 (the "Interim Hearing")

at which time the Court considered the Motion, Response, and Reply with appearances by counsel for Debtor and JDA. For the reasons announced on the record at the Interim Hearing which shall constitute the decision of the Court, it is **HEREBY ORDERED, ADJUDGED,** and **DECREED** that**:**

    1.    Debtor shall produce to JDA all documents responsive to the documentary requests referenced on Exhibit "A" of JDA's Amended Notice of Bankruptcy Rule 2004 Examination Duces Tecum of JDI Cumberland Inlet, LLC (Doc. 28) (the "Requests").

    2.    Subject to further order of the Court, any documents produced in response to bullet points 1-4 of the Requests shall be deemed confidential and shall not be disclosed to any third party, except as expressly provided herein. Such documents may be disclosed only to:

    a. JDA and its employees,

    b. JDA's counsel of record,

    c. Professionals retained by JDA or JDA's counsel in connection with this proceeding.

    d. All persons receiving the Produced Documents under this provision shall use them solely for purposes of this proceeding and shall not disclose them to any other person or entity without prior written consent of the producing party or further order of the Court.

    **2.**    The Motion is GRANTED on an interim basis as set forth herein pending a final hearing to be conducted by the Court at 1:30 p.m. on **August 4, 2025** in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 (the "Final Hearing"), *provided, however*, in lieu of the Final Hearing, Debtor and JDA can submit for Court's consideration a proposed consent order resolving the Motion before the Final Hearing**.**

3. This Order shall take effect when entered and shall be binding upon JDA and Debtor.

***END OF DOCUMENT***

PREPARED BY AND AGREED TO BY:

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Doroteya N. Wozniak*
Doroteya N. Wozniak
Georgia Bar No. 627491
Promenade Tower
1230 Peachtree Street NE
21st Floor
Atlanta, Georgia 30309
(404) 868 2801 Telephone
dwozniak@bradley.com

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL 33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Pro hac vice*

*Counsel for Camden County Joint Development Authority*

AGREED TO BY:

**ROUNTREE LEITMAN KLEIN &GEER, LLC**

*/s/Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350

Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

Distribution List:

Lindsay Kolba
United States Trustee's Office
75 Ted Turner Drive, SW
Room 362
Atlanta, GA 30303

4