**IT IS ORDERED as set forth below:**

**Date: July 29, 2025**

_____

**Sage M. Sigler**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>JDI CUMBERLAND INLET, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NO:  25-55072-sms |

**CONSENT ORDER GRANTING MOTION TO DESIGNATE NATURE OF DEBTOR'S BUSINESS AS SINGLE ASSET REAL ESTATE UNDER 11 U.S.C. 101(51B), AND SETTING RELATED DEADLINES**

Upon consideration of the Motion to Designate Nature of Debtor's Business as Single Asset Real Estate Under 11 U.S.C. § 101(51)(B) (Doc. No. 18) (the "Motion") filed by Camden County Joint Development Authority's (the "JDA"), and upon the consent of JDA and JDI

Cumberland Inlet, LLC ("Debtor") and for good cause appearing, it is **HEREBY ORDERED,**

**ADJUDGED,** and **DECREED** that**:**

1. The Motion is **GRANTED**.

2. Effective as of August 4, 2025, Debtor's business is determined to be a single asset real estate, as defined by 11 U.S.C. § 101(51B), and Debtor is deemed subject to the requirements of 11 U.S.C. § 362(d)(3).

**END OF DOCUMENT**

Presented and Prepared by:

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Bryan E. Bates*
Ga. Bar No. 140856
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
P: (404) 868-2794
F: (404) 868-2100
E: bebates@bradley.com

*/s/ Doroteya N. Wozniak*
Doroteya N. Wozniak
Georgia Bar No. 627491
Promenade Tower
1230 Peachtree Street NE
21st Floor
Atlanta, Georgia 30309
(404) 868 2801Telephone
dwozniak@bradley.com

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com

Secondary email: ajecevicus@bradley.com

*Pro hac vice*

*Counsel for Camden County Joint Development Authority*

Consented to by:

**ROUNTREE LEITMAN KLEIN &GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*


Distribution List:

Lindsay Kolba
United States Trustee's Office
75 Ted Turner Drive, SW
Room 362
Atlanta, GA 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-55072-sms |
| JDI Cumberland Inlet, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 2
Date Rcvd: Jul 29, 2025     Form ID: pdf492     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

**Recip ID         Recipient Name and Address**
db           +   JDI Cumberland Inlet, LLC, 8200 Roberts Drive, Ste. 475, Atlanta, GA 30350-4132

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

**Name**                **Email Address**

Bryan E. Bates
                        on behalf of Creditor Camden County Joint Development Authority bebates@bradley.com

Ceci Christy
                        on behalf of Debtor JDI Cumberland Inlet  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

Doroteya Wozniak
                        on behalf of Creditor Camden County Joint Development Authority dwozniak@bradley.com

Edwin G. Rice
                        on behalf of Creditor Camden County Joint Development Authority erice@bradley.com ajecevicus@bradley.com;edwin-rice-1713@ecf.pacerpro.com

Lindsay P. S. Kolba
                        on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: pdf492 | Total Noticed: 1 |

Ron C. Bingham, II
    on behalf of Creditor Matsco  Inc. ron.bingham@arlaw.com, lianna.sarasola@arlaw.com

William A. Rountree
    on behalf of Debtor JDI Cumberland Inlet  LLC wrountree@rlkglaw.com, 6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

TOTAL: 7