**IT IS ORDERED as set forth below:**



**Date: July 29, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JDI CUMBERLAND INLET, LLC, | ) | CASE NO. 25-55072-SMS |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**AGREED INTERIM ORDER ON DEBTOR'S MOTION FOR PROTECTIVE ORDER**
**REGARDING RULE 2004 EXAMINATION DUCES TECUM OF DEBTOR**

Before the Court is JDI Cumberland Inlet, LLC's ("Debtor") Motion for Entry of Order Pursuant to Bankruptcy Rule 9018 Authorizing Entry of a Confidentiality Order (Doc. 29) (the "Motion"), Camden County Joint Development Authority's (the "JDA") response in opposition to the Motion (Doc. 32) ("Response"), and Debtor's reply to JDA's Response (Doc. 33) (the "Reply"). The Court held a telephonic status conference on July 24, 2025 (the "Interim Hearing")

at which time the Court considered the Motion, Response, and Reply with appearances by counsel for Debtor and JDA. For the reasons announced on the record at the Interim Hearing which shall constitute the decision of the Court, it is **HEREBY ORDERED, ADJUDGED,** and **DECREED** that**:**

    1.    Debtor shall produce to JDA all documents responsive to the documentary requests referenced on Exhibit "A" of JDA's Amended Notice of Bankruptcy Rule 2004 Examination Duces Tecum of JDI Cumberland Inlet, LLC (Doc. 28) (the "Requests").

    2.    Subject to further order of the Court, any documents produced in response to bullet points 1-4 of the Requests shall be deemed confidential and shall not be disclosed to any third party, except as expressly provided herein. Such documents may be disclosed only to:

    a.  JDA and its employees,

    b.  JDA's counsel of record,

    c.  Professionals retained by JDA or JDA's counsel in connection with this proceeding.

    d.  All persons receiving the Produced Documents under this provision shall use them solely for purposes of this proceeding and shall not disclose them to any other person or entity without prior written consent of the producing party or further order of the Court.

    **2.**    The Motion is GRANTED on an interim basis as set forth herein pending a final hearing to be conducted by the Court at 1:30 p.m. on **August 4, 2025** in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 (the "Final Hearing"), *provided, however*, in lieu of the Final Hearing, Debtor and JDA can submit for Court's consideration a proposed consent order resolving the Motion before the Final Hearing**.**

Case 25-55072-sms    Doc 38    Filed 07/31/25    Entered 08/01/25 01:11:25    Desc Imaged
Certificate of Notice    Page 3 of 6

3. This Order shall take effect when entered and shall be binding upon JDA and Debtor.

***END OF DOCUMENT***

PREPARED BY AND AGREED TO BY:

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Doroteya N. Wozniak*
Doroteya N. Wozniak
Georgia Bar No. 627491
Promenade Tower
1230 Peachtree Street NE
21st Floor
Atlanta, Georgia 30309
(404) 868 2801Telephone
dwozniak@bradley.com

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com

*Pro hac vice*

*Counsel for Camden County Joint Development Authority*

AGREED TO BY:

**ROUNTREE LEITMAN KLEIN &GEER, LLC**

*/s/Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350

Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*


Distribution List:

Lindsay Kolba
United States Trustee's Office
75 Ted Turner Drive, SW
Room 362
Atlanta, GA 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-55072-sms |
| JDI Cumberland Inlet, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2

Date Rcvd: Jul 29, 2025      Form ID: pdf492      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JDI Cumberland Inlet, LLC, 8200 Roberts Drive, Ste. 475, Atlanta, GA 30350-4132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan E. Bates | on behalf of Creditor Camden County Joint Development Authority bebates@bradley.com |
| Ceci Christy | on behalf of Debtor JDI Cumberland Inlet  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com |
| Doroteya Wozniak | on behalf of Creditor Camden County Joint Development Authority dwozniak@bradley.com |
| Edwin G. Rice | on behalf of Creditor Camden County Joint Development Authority erice@bradley.com ajecevicus@bradley.com;edwin-rice-1713@ecf.pacerpro.com |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: pdf492 | Total Noticed: 1 |

Ron C. Bingham, II
          on behalf of Creditor Matsco  Inc. ron.bingham@arlaw.com, lianna.sarasola@arlaw.com

William A. Rountree
          on behalf of Debtor JDI Cumberland Inlet  LLC wrountree@rlkglaw.com,
6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com

TOTAL: 7