UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                      CASE NO. 25-55072-SMS

JDI CUMBERLAND INLET, LLC                                              CHAPTER 11

            Debtor.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Camden County Joint Development Authority (the "Development Authority") has filed Motion of Camden County Joint Development Authority to (I) Dismiss Case; or (II) Alternatively, Grant Relief from the Automatic Stay (Dkt. 041) (the "Motion") and related papers with the Court seeking an order dismissing the bankruptcy case or granting the Development Authority relief from stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at 10:00 a.m. EST on October 15, 2025, in Courtroom 1201, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

4923-6803-4402.1

Dated: September 3, 2025

**BRADLEY ARANT BOULT CUMMINGS LLP**

/**s**/ *Doroteya N. Wozniak*
Georgia Bar No. 627491
1230 Peachtree St., NE, Suite 2100
Atlanta, GA 30309
Phone: (404) 868-2794
Facsimile: (404) 868-2100
Email:  dwozniak@bradley.com

and

*/s/ Edwin G. Rice*
Edwin G. Rice
Florida Bar No. 855944
1001 Water Street, Suite 1000
Tampa, FL  33602
Phone: (813) 559-5500
Facsimile: (813) 229-5946
Primary email: erice@bradley.com
Secondary email: ajecevicus@bradley.com
**Admitted Pro Hac Vice**

*Attorneys for Camden County Joint Development Authority*

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of Notice of Hearing has been filed electronically with the Court's Pacer CM/ECF electronic filing system which will provide a copy to all counsel of record.  Additionally, a copy has been sent U.S. Mail to all interested parties on the Mailing Matrix attached hereto on September 3, 2025.

*/s/ Edwin G. Rice*
Attorney

4923-6803-4402.1