**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re:<br><br>**JDI CUMBERLAND INLET, LLC,**<br><br>Debtor. | CASE NO. 25-55072-SMS<br><br>CHAPTER 11 |

**APPLICATION REQUESTING ENTRY OF ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND ESTABLISHING CERTAIN PLAN DEADLINES**

COMES NOW Debtor and debtor-in-possession JDI Cumberland Inlet, LLC ("**Debtor**"), by and through undersigned counsel, and files this *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines* (the "**Application**"), in which Debtor respectfully requests an order (1) conditionally approving its Disclosure Statement for Plan of Reorganization and scheduling a hearing to consider final approval thereof at the plan confirmation hearing, (2) approving the form and content of Debtor's ballot, (3) establishing a deadline for filing objections to the disclosure statement and plan, and (4) establishing a deadline for casting ballots to accept or reject the Plan. In support of the Application, Debtor respectfully shows the Court as follows:

**JURISDICTION AND FACTUAL BACKGROUND**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. The subject matter of this Application constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory basis for the relief requested is 11 U.S.C. 105(d).

2. On May 5, 2025 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 et seq. ("**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of Georgia, (the "**Court**").

3. Debtor continues to manage its affairs as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

4. No official committee of unsecured creditors was or has been appointed in this case.

5. Debtor filed its *Disclosure Statement for Plan of Reorganization Proposed by Debtor JDI Cumberland Inlet, LLC* (the "**Disclosure Statement**") [Doc. No. 49] and *Plan of Reorganization* on September 3, 2025 (the "**Plan**") [Doc. No. 48].

### RELIEF REQUESTED

6. By this Application, Debtor requests entry of an order: (a) conditionally approving the Disclosure Statement and setting a hearing on final approval of the Disclosure Statement to be held, if a timely objection is filed, at the same time as a hearing to consider confirmation of the Plan; (b) approving the form and content of ballots; (c) establishing a deadline for objecting to the Disclosure Statement and Plan; and (d) establishing a deadline for casting ballots to accept or reject the Plan.

7. The Bankruptcy Code authorizes the Court to order that the hearing on the approval of the disclosure statement be combined with the hearing on confirmation of the plan regardless of whether the case is a small business case. *See* 11 U.S.C. § 105(d)(2)(B)(vi) ("The court, on its own motion or on the request of a party in interest . . . [may] issue an order that—provides that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan."). Additionally, § 105(a) of the Bankruptcy Code further provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

8. In accordance with 11 U.S.C. §§ 105(a) and (d), Debtor requests that the Court waive any requirement for a status conference regarding the relief requested in this Application as creditors and parties in interest will be provided an opportunity to raise any objections to the Disclosure Statement at the hearing to consider final approval of the Disclosure Statement if objections are timely filed. Debtor requests that the Court enter an order conditionally approving the Disclosure Statement, establishing a deadline for filing objections to the Disclosure Statement and Plan, and scheduling a final hearing on the Disclosure Statement, in the event timely objections are filed, to be consolidated with the hearing to consider confirmation of the Plan.

9. Debtor further requests that the Court approve the form and content of the Ballot attached hereto and incorporated herein as "**Exhibit A**." Ballots will be provided to creditors and parties in interest entitled to vote along with the Disclosure Statement and Plan.

10. The proposed *Order and Notice of Assignment of Hearing on Conditionally Approved Disclosure Statement and Hearing on Confirmation of Plan and of Establishing Deadlines* is attached hereto as "**Exhibit B**."

WHEREFORE, Debtor requests that the Court enter an order granting the Application and the relief requested herein and grant such other and further relief as may be deemed just and proper.

Respectfully submitted, this 3rd day of September 2025.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ Ceci Christy
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
cchristy@rlkglaw.com
*Attorneys for Debtor*

## **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: <br> **JDI CUMBERLAND INLET, LLC,** <br> **DEBTOR.** | **CASE NO. 25-55072-SMS** <br><br> **CHAPTER 11** |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

Debtor filed his *Plan of Reorganiz*ation [Doc. No. 48] (the "**Plan**"), the *Disclosure Statement for Plan of Reorganization* (the "**Disclosure Statement**") [Doc. No. 49], and *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines* [Doc. No. 50] on September 3, 2025. The Court has conditionally approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email). The Disclosure Statement and Plan are available for review **Office of the Clerk, United States Bankruptcy Court, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). If you do not have a copy of the Plan, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email).

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, United States Bankruptcy Court, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** *on or before* **October 7, 2025 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment ot the Class or Classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br> **JDI CUMBERLAND INLET, LLC,** <br>     **DEBTOR.** | **CASE NO. 25-55072-SMS** <br><br> **CHAPTER 11** |

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>OCTOBER 7, 2025</u> TO:**

**Office of the Clerk**
**United States Bankruptcy Court**
**United States Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

**The undersigned is a holder of** [check one:]

    ____ a secured claim
    ____ an unsecured claim
    ____ other [specify:_____]

**In the amount of** $_____, **in Class**_____ **and hereby:**

            ____ **Accepts**          ____ **Rejects**

**Debtor's Plan of Reorganization**

**Date:** _____           **Creditor:** _____

Email Address of signing representative:        Signed: _____
_____        [If appropriate] as: _____
Print Name: _____        Address: _____
                                                                 _____
                                                                 Phone Number: _____

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>JDI CUMBERLAND INLET, LLC,<br>       DEBTOR. | CASE NO. 25-55072-SMS<br><br>CHAPTER 11 |

**ORDER AND NOTICE CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND OF ASSIGNMENT OF HEARING ON CONFIRMATION OF PLAN AND ESTABLISHING DEADLINES**

On September 3, 2025, Debtor filed its *Plan of Reorganization* [Doc. No. 48] ("**Plan**"), *Disclosure Statement for Plan of Reorganization* [Doc. No. 49] ("**Disclosure Statement**"), and an *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines* [Doc. No. 50] (the "**Application**"). The Application seeks an order

(1) conditionally approving the Disclosure Statement,

(2) scheduling a hearing on the Disclosure Statement, if an objection is filed,

(3) scheduling a confirmation hearing on the Plan, as may be amended,

(4) approving the form and content of Debtor's ballot,

(5) establishing a deadline for filing objections to the Disclosure Statement and the Plan, and

(6) establishing a deadline for casting ballots to accept or reject the Plan.

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. **October 7, 2025** is fixed as the last day for filing, on the ballot form attached to this order as **Exhibit A**, written acceptances or rejections of Debtor's Plan. All ballots must be *filed* with:

>
> Office of the Clerk
> United States Bankruptcy Court
> United States Courthouse
> 75 Ted Turner Drive SW
> Atlanta, GA 30303

And a copy *mailed* to Debtor's attorney:

> Ceci Christy
> Rountree Leitman Klein & Geer, LLC
> Century Plaza I
> 2987 Clairmont Rd., Ste 350
> Atlanta, GA 30329

B. **October 7, 2025** is fixed as the last day for filing and serving written objections to the Disclosure Statement. Any such written objection to confirmation of the Disclosure Statement must be filed with the **Clerk**, **United States Bankruptcy Court, United States Courthouse, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303** and a copy mailed to Debtor's attorney, Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, attn: Ceci Christy.

C. **October 7, 2025** is fixed as the last day for filing and serving written objections to confirmation of the Plan. Any such written objection to confirmation of the Plan must be filed with the **Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303** and a copy mailed to Debtor's attorney, Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, attn: Ceci Christy.

D. The Court shall hold a hearing on Confirmation of the Plan, as may amended, at **10:00 A.M.** on **Wednesday**, **October 15, 2025** in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

E. Debtor's attorney is directed to serve a copy of this Order and Notice, the Disclosure Statement, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before **September 5, 2025**, and to file a certificate of such service within three days of mailing.

F. At least three (3) days prior to the scheduled hearing on the Disclosure Statement and confirmation of the Plan, as may be amended, Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to **Exhibit B** attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

**END OF ORDER**

Prepared and Presented By:

**ROUNTREE LEITMAN KLEIN& GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*
**Distribution List**

Ceci Christy
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br>JDI CUMBERLAND INLET, LLC,<br>DEBTOR. | CASE NO. 25-55072-SMS<br><br>CHAPTER 11 |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**

Debtor filed his *Plan of Reorganiz*ation [Doc. No. 48] (the "**Plan**"), the *Disclosure Statement for Plan of Reorganization* (the "**Disclosure Statement**") [Doc. No. 49], and *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines* [Doc. No. 50] on September 3, 2025. The Court has conditionally approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email). The Disclosure Statement and Plan are available for review **Office of the Clerk, United States Bankruptcy Court, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). If you do not have a copy of the Plan, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email).

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, United States Bankruptcy Court, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** *on or before* **October 7, 2025 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment ot the Class or Classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>JDI CUMBERLAND INLET, LLC,<br>DEBTOR. | CASE NO. 25-55072-SMS<br><br>CHAPTER 11 |

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>OCTOBER 7, 2025</u> TO:**

**Office of the Clerk
United States Bankruptcy Court
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

**The undersigned is a holder of** [check one:]

  \_\_\_ a secured claim
  \_\_\_ an unsecured claim
  \_\_\_ other [specify:_____]

**In the amount of $_____, in Class_____ and hereby:**

  \_\_\_\_Accepts       \_\_\_\_Rejects

**Debtor's Plan of Reorganization**

**Date:** _____         **Creditor:** _____

Email Address of signing representative:         Signed: _____
_____         [If appropriate] as: _____
Print Name: _____         Address: _____
                                                   _____
                                                   Phone Number: _____

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | CASE NO. 25-55072-SMS |
|---|---|
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

**SUMMARY OF THE VOTING ON
PLAN OF REORGANIZATION FILED ON SEPTEMBER 3, 2025**

Tabulated as of _____ 2025 for Confirmation Hearing to be held on September 11, 2025.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | ____Accepts<br>____ Rejects<br>____ Percent | $____Accepts<br>$____ Rejects<br>____ Percent | ___Yes<br>___No |
| | ____Accepts<br>____ Rejects<br>____ Percent | $____Accepts<br>$____ Rejects<br>____ Percent | ___Yes<br>___No |

Respectfully submitted, this _____ day of October 2025.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

/s/ Ceci Christy
Ceci Christy
Ga. Bar No. 370092
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

This certificate of service certifies that on September 3, 2025, I filed the foregoing document via the Court's CM/ECF system such that all parties who have entered an appearance in this case will receive electronic notice and by first class mail to Debtor as addressed below:

| | |
|---|---|
| Lindsay Kolba | lindsay.p.kolba@usdoj.gov |
| Doroteya Wozniak | dwozniak@bradley.com |
| Ron Bingham | ron.bingham@arlaw.com |
| Bryan Bates | bebates@bradley.com |
| Ed Rice | erice@bradley.com |

JDI Cumberland Inlet, LLC
8200 Robers Drive
Suite 200
Atlanta, GA 30305

Dated: September 3, 2025

**ROUNTREE LEITMAN KLEIN & GEER, LLC**
*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*