UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JDI CUMBERLAND INLET, LLC, | : | CASE NO. 25-55072 - SMS |
| | : | |
| DEBTOR. | : | |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JDI CUMBERLAND INLET, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting that the above-referenced case be dismissed or converted.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:15 a.m.** on **October 22, 2025**, in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk

at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 23, 2025

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By:  /s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

ii

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JDI CUMBERLAND INLET, LLC, | : | CASE NO. 25-55072 - SMS |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| | : | |
| GUY A. VAN BAALEN, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JDI CUMBERLAND INLET, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

Guy A. Van Baalen, Acting United States Trustee for Region 21, in furtherance of his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), files this Motion to Dismiss or Convert Case and in support therefor states as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1). This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2. JDI Cumberland Inlet, LLC (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq., on May 5, 2025.

3. Pursuant to 28 U.S.C. § 586(a)(3) and (4), the United States Trustee's duties include supervising the administration of chapter 11 cases and monitoring deposits or investments under section 345 of title 11. The United States Trustee files this request in furtherance of his duties and responsibilities pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.

4. 11 U.S.C. § 1112(b), in pertinent part, provides as follows:

[T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause. . . .
> (4) For purposes of this subsection, the term "cause" includes –
>> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; . . .

5. Bankruptcy Rule 2015 and Operating Guidelines of the United States Trustee require Debtor to file monthly operating reports. The electronic docket maintained by the Clerk of Court reflects Debtor has failed to file operating reports for July and August 2025. The September 2025 operating report is due October 21, 2025.

6. Debtor's failure to timely file monthly operating reports is in violation of its statutory obligations under 11 U.S.C. § 704(a)(8), made applicable to it as debtor in possession by 11 U.S.C. § 1107, and constitutes cause for dismissal or conversion of the case under 11 U.S.C. § 1112(b)(4)(F).

WHEREFORE, the United States Trustee prays for (i) the entry of an order dismissing or converting this case in its entirety; and (ii) such further relief as the court deems appropriate.

Dated: September 23, 2025

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss or Convert Case and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| Bryan E. Bates | bebates@bradley.com |
| Ron C. Bingham | ron.bingham@arlaw.com, lianna.sarasola@arlaw.com |
| Ceci Christy | cchristy@rlkglaw.com, wgeer@rlkglaw.com, willgeer@ecf.courtdrive.com, 2836@notices.nextchapterbk.com, 6717577420@filings.docketbird.com, emiller@rlkglaw.com, dsideris@rlkglaw.com, lmassey@rlkglaw.com, lpolvino@rlkglaw.com |
| Edwin G. Rice | erice@bradley.com, ajecevicus@bradley.com, edwin-rice-1713@ecf.pacerpro.com |
| William A. Rountree | wrountree@rlkglaw.com, 6717577420@filings.docketbird.com, wgeer@rlkglaw.com, 2836@notices.nextchapterbk.com, willgeer@ecf.courtdrive.com, emiller@rlkglaw.com, emillerrlkg@ecf.courtdrive.com, dsideris@rlkglaw.com, lmassey@rlkglaw.com |
| Doroteya Wozniak | dwozniak@bradley.com |

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

ALL PARTIES ON THE ATTACHED MATRIX

                                                                                   */s/*
                                              Lindsay P. S. Kolba
                                              Georgia Bar No. 541621
                                              United States Department of Justice
                                              Office of the United States Trustee
                                              362 Richard Russell Building
                                              75 Ted Turner Drive, SW
                                              Atlanta, Georgia 30303
                                              (404) 331-4478
                                              lindsay.p.kolba@usdoj.gov

```
Label Matrix for local noticing         AKM Surveying, Inc.                    Bryan E. Bates
113E-1                                  PO Box 5730                            Bradley Arant Boult Cummings LLP
Case 25-55072-sms                       Saint Marys, GA 31558-5730             Promenade Tower, Ste 20th Floor
Northern District of Georgia                                                   1230 Peachtree Street NE
Atlanta                                                                        Atlanta, GA 30309-3574
Tue Sep 23 13:14:06 EDT 2025

Ron C. Bingham II                       Brasfield & Gorrie, LLC                Camden County Tax Commissioner
Adams and Reese LLP                     3021 7th Avenue South                  PO Box 698
Suite 1750                              Birmingham, AL 35233-3502              Woodbine, GA 31569-0698
3455 Peachtree Road, NE
Atlanta, GA 30326-4350

Ceci Christy                            City of St. Mary's                     Daniel J. Strowe, Esq.  Roberts
Rountree Leitman Klein & Geer, LLC      418 Osborne Street                      Tate LLC
2987 Clairmont Rd, Ste 350              Saint Marys, GA 31558-8402             2487 Demere Road
Atlanta, GA 30329-4435                                                         Ste. 400
                                                                               Saint Simons Island, GA 31522-5643

Dentons US LLP                          Dougherty Architecture & Design, P.A.  Ecological Solutions, Inc.
303 Peachtree St NE Ste 5300            4475 Legendary Drive, Ste. D           630 Colonial Park Drive, Ste. 200
Atlanta, GA 30308-3265                  Destin, FL 32541-9306                  Roswell, GA 30075-3761

Georgia Department of Labor             Georgia Department of Revenue          Georgia Dept. of Labor
148 Andrew Young Inter. Blvd            Bankruptcy                             Suite 826
Room 738                                2595 Century Parkway NE, Suite 339     148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-1733                  Atlanta, GA 30345-3173                 Atlanta GA 30303-1751

Georgia Dept. of Labor                  Internal Revenue Service               Internal Revenue Service
Suite 910                               P. O. Box 7346                         CIO
148 Andrew Young Inter. Blvd., NE       Philadelphia, PA 19101-7346            P.O. Box 7346
Atlanta GA 30303-1751                                                          Philadelphia, PA 19101-7346

JDI Cumberland Inlet, LLC               Jacoby Development Inc.                Joint Development Authority of Camden County
8200 Roberts Drive                      8200 Roberts Drive                     531 N Lee Street
Ste. 475                                Ste. 475                               Kingsland, GA 31548-5826
Atlanta, GA 30350-4132                  Atlanta, GA 30350-4132

Lindsay P. S. Kolba                     MATSCO, Inc.                           Marketing Eye, LLC
Office of the U.S. Trustee              c/o Ron C. Bingham, II, Esq.           3344 Peachtree Road, Ste. 800
Suite 362                               Suite 1750                             Atlanta, GA 30326-4807
75 Ted Turner Drive, S.W.               3455 Peachtree Road NE
Atlanta, GA 30303-3330                  Atlanta, Georgia 30326-4350

Matsco, Inc.                            Matsco, Incorporated                   Matthew Burton
1600 Kenview Drive, N.W.                PO Drawer 970                          Matsco, Incorporated
Marietta, GA 30060-1086                 Marietta, GA 30061-0970                1600 Kenview Drive NW
                                                                               Marietta, GA 30060-1086

Edwin G. Rice                           William A. Rountree                    Safe and Green Development Corp.
Bradley Arant Boult Cummings LLP        Rountree Leitman Klein & Geer, LLC     fka SG Development Crop
Suite 1000                              Century Plaza I, Suite 350             990 Biscayne Blvd.
1001 Water Street                       2987 Clairmont Road                    Miami, FL 33132-1557
Tampa, FL 33602-5468                    Atlanta, GA 30329-4448
```

```
Samuel Richards, Esq.                  Secretary of the Treasury              Terracon
Matsco, Incorporated                   15th & Pennsylvania Avenue, NW         10841 S. Ridgeview Road
PO Drawer 970                          Washington, DC 20200                   Olathe, KS 66061-6456
Marietta, GA 30061-0970



The Abram Law Group, LLC               The Ligon Firm                         U. S. Securities and Exchange Commission
1200 Ashwood Parkway                   158 Scranton Connector                 Office of Reorganization
Ste. 560                               Brunswick, GA 31525-0540               Suite 900
Atlanta, GA 30338-6994                                                        950 East Paces Ferry Road, NE
                                                                              Atlanta, GA 30326-1382



United States Attorney                 United States Trustee                  Doroteya Wozniak
Northern District of Georgia           362 Richard Russell Federal Building   Bradley Arant Boult Cummings LLP
75 Ted Turner Drive SW, Suite 600      75 Ted Turner Drive, SW                1230 Peachtree Street NE
Atlanta GA 30303-3309                  Atlanta, GA 30303-3315                 Ste 21st Floor
                                                                              Atlanta, GA 30309-3574




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Camden County Joint Development Authority      (u)Matsco, Inc.                          End of Label Matrix
                                                                                           Mailable recipients    38
                                                                                           Bypassed recipients     2
                                                                                           Total                  40
```