Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

OCT - 6 2025

By: _____
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO. 25-55072-SMS |
|---|---|
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>OCTOBER 7, 2025</u> TO:

Office of the Clerk
United States Bankruptcy Court
United States Courthouse
Suite 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

The undersigned is a holder of [check one:]

    [X] a secured claim
    [X] an unsecured claim
    [ ] other [specify:_____]

In the amount of $ __4,500,000__, in Class __3__ and hereby:

    ____ Accepts    __X__ Rejects

Debtor's Plan of Reorganization

Date: __10/3/25__

Creditor: __Safe & Green Development Corp__

Email Address of signing representative:
__ssoulios@lawnynj.com__
Print Name: __Steven Soulios__

Signed: _____
[If appropriate] as: __Counsel__
Address: __104 W. 27th Street, 11th Fl__
__NY, NY 10001__
Phone Number: __212-997-4500__

