IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>OCTOBER 7, 2025</u> TO:

Office of the Clerk
United States Bankruptcy Court
United States Courthouse
Suite 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

The undersigned is a holder of [check one:]

   <u>X</u>  a secured claim
   ___ an unsecured claim
   ___ other [specify:_____]

In the amount of $ <u>10,134,270.03</u>, in Class <u>1</u> and hereby:

   ___ Accepts   <u>X</u> Rejects

Debtor's Plan of Reorganization

Date: <u>10-3-2025</u>

Creditor: Camden County Joint Development Authority

Email Address of signing representative:
<u>jim.coughlin@camdencountyga.gov</u>
Print Name: <u>James Coughlin</u>

Signed: <u>Jen M. S[...]</u>
[If appropriate] as: <u>Executive Director</u>
Address: <u>531 N. Lee St.</u>
<u>Kingsland, GA 31548</u>
Phone Number: <u>912-729-7201</u>

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

Debtor filed his *Plan of Reorganization* [Doc. No. 48] (the "**Plan**"), the *Disclosure Statement for Plan of Reorganization* (the "**Disclosure Statement**") [Doc. No. 49], and *Application Requesting Entry of Order Conditionally Approving Disclosure Statement and Establishing Certain Deadlines* [Doc. No. 50] on September 3, 2025. The Court has conditionally approved the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email). The Disclosure Statement and Plan are available for review **Office of the Clerk, United States Bankruptcy Court, United States Courthouse, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). If you do not have a copy of the Plan, you may obtain a copy from Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone) cchristy@rlkglaw.com (email).

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, United States Bankruptcy Court, United States Courthouse, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** *on or before October 7, 2025* **and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment ot the Class or Classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.