IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

JDI CUMBERLAND INLET, LLC,

DEBTOR.

CASE NO. 25-55072-SMS

CHAPTER 11

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE **OCTOBER 7, 2025** TO:

Office of the Clerk
United States Bankruptcy Court
United States Courthouse
Suite 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

The undersigned is a holder of [check one:]

__X__ a secured claim
_____ an unsecured claim
_____ other [specify:_____]

In the amount of $ _1,049,561.64_____, in Class _2_____ and hereby:

_____ Accepts    _XX_ Rejects

Debtor's Plan of Reorganization

Date: 10/7/25

Email Address of signing representative:
ron.bingham@arlaw.com
Print Name: Ron C. Bingham, II, Esq.

Creditor: MATSCO, Inc.

Signed: _[signature]_
[If appropriate] as: Counsel of Record
Address: 3455 Peachtree Road NE, Suite 1750
Atlanta, Georgia 30326
Phone Number: (470) 427-3701