

**IT IS ORDERED as set forth below:**

**Date: October 16, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER: 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC, | : | |
| | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE SIGLER |

**ORDER OF ADMISSION *PRO HAC VICE***

The Court having read the Application of Steven Soulios for admission to practice *pro hac vice* in the above-styled case and it appearing that the Application meets the requirements of Bankruptcy Local Rule 9010-2, it is hereby:

ORDERED that the Application is GRANTED.

END OF DOCUMENT