IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>OCTOBER 24, 2025</u> TO:**

Office of the Clerk
United States Bankruptcy Court
United States Courthouse
Suite 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

**The undersigned is a holder of** [check one:]

    __X__ a secured claim
    ____ an unsecured claim
    ____ other [specify:_____]

In the amount of $ <u>10,134,270.03 plus</u>_____, in Class__<u>1</u>__ and hereby:

    __X__ Accepts *    ____ Rejects

Debtor's Amended and Restated
Plan of Reorganization (Doc. 74)

Date: __October 24, 2025__

Creditor: <u>Camden County Joint Development Authority</u>

Email Address of signing representative:
<u>jmcoughlin@camdencountyga.gov</u>
Print Name: <u>James M. Coughlin</u>

Signed: _[signature]_
[If appropriate] as: <u>Executive Director</u>
Address: <u>531 N. Lee Street</u>
<u>Kingsland, GA 31548</u>
Phone Number: <u>912-729-7201</u>

4909-4028-3253.1

*This accepting ballot is submitted subject to Debtor's delivery of all original, notarized quitclaim deeds, deeds in lieu, and incumbency certificates requested by the Camden County Joint Development Authority ("CCJDA"). The Debtor shall deliver all such original documents to counsel for CCJDA no later than the commencement of the hearings scheduled for October 27, 2025. If the Debtor fails to timely deliver all required original documents as determined by CCJDA in CCJDA's sole discretion, CCJDA reserves the right to withdraw this ballot.