**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                CASE NO. 25-55072-SMS

**JDI CUMBERLAND INLET, LLC,**

**DEBTOR.**                                           **CHAPTER 11**

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS
AMENDED BALLOT ON OR BEFORE <u>OCTOBER 24, 2025</u> TO:**

**Office of the Clerk**
**United States Bankruptcy Court**
**United States Courthouse**
**Suite 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

    **The undersigned is a holder of** [check one?]:

      X  a secured claim *and*
      X  an unsecured claim
      ___  other [specify:_____]

**In the amount of $** 4,706,658 **, in Class** 3 **and hereby:**

      ____ Accepts          X Rejects

**Debtor's Plan of Reorganization**

**Date:** 10/25/25                    **Creditor:** Safe + Green Development Corp

Email Address of signing representative:          **Signed:** _X_____
SSoulios@lawnynj.com                              [If appropriate] as: Attorney
Print Name: Steven Soulios                        **Address:** 104 West 27th 11th floor
                                                  New York, NY 10001
                                                  **Phone Number:** 212-997-4500