IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-55072-SMS |
| JDI CUMBERLAND INLET, LLC, | |
| DEBTOR. | CHAPTER 11 |

### CERTIFICATE OF SERVICE

This is to certify that on October 26, 2025 I served Debtor's Amended and Restated Disclosure Statement for Plan of Reorganization Proposed by Debtor JDI Cumberland Inlet, LLC [Doc. No. 82] upon the following parties by regular mail at the addresses listed below and through the Court's ECF service upon the parties who are registered to receive such service or by electronic mail upon the following parties as indicated below:

AKM Surveying, Inc.
PO Box 5730
Saint Marys, GA 31558-5730

Brasfield & Gorrie, LLC
3021 7th Avenue South
Birmingham, AL 35233-3502
legaldepartment@brasfieldgorrie.com

Camden County Tax Commissioner
P.O. Box Woodbine, GA 31569
jlcarver@camdencountyga.gov

City of St. Mary's
418 Osborne Street
Saint Marys, GA 31558-8402
mklecan@stmarysga.gov

Dentons US LLP
303 Peachtree St NE Ste 5300
Atlanta, GA 30308-3265
Robert.richards@dentons.com

Dougherty Architecture & Design, P.A.
4475 Legendary Drive, Ste. D
Destin, FL 32541-9306
admin@doughertyarchitecture.com

Ecological Solutions, Inc.
630 Colonial Park Drive, Ste. 200
Roswell, GA 30075-3761

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-1733
commissioner@gdol.ga.gov

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345-3173
Bankruptcy.notices@dor.ga.gov

Joint Development Authority of Camden County
Doroteya Wozniak
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE, 21st Floor
Atlanta, GA 30309-3574
dwozniak@bradley.com

Marketing Eye, LLC
3344 Peachtree Road, Ste. 800
Atlanta, GA 30326-4807
info@marketingeyeatlanta.com

Matsco, Inc.
Ron C. Bingham, II
3455 Peachtree Road NE, Suite 1750
Atlanta, GA 30326
Ron.Bingham@arlaw.com

Safe and Green Development Corp.
fka SG Development Crop
990 Biscayne Blvd.
Miami, FL 33132-1557

Safe and Green Development Corp.
**Steven Soulios** |
Ruta Soulios & Stratis LLP
104 West 27th Street
11th Floor
New York, NY 10001
ssoulios@lawnyn.com

Terracon
10841 S. Ridgeview Road
Olathe, KS 66061-6456
Eric.downey@terracon.com

The Abram Law Group, LLC
1200 Ashwood Parkway Ste. 560
Atlanta, GA 30338-6994
rich@abramlawgroup.com

The Ligon Firm
158 Scranton Connector
Brunswick, GA 31525-0540

This 26th day of October 2025.

                                                **ROUNTREE LEITMAN KLEIN & GEER, LLC**

                                                */s/ Ceci Christy*
                                                Ceci Christy
                                                Georgia Bar No. 370092
                                                Century Plaza I
                                                2987 Clairmont Road, Suite 350
                                                Atlanta, Georgia 30329
                                                (404) 584-1238 Telephone
                                                cchristy@rlkglaw.com
                                                *Attorneys for Debtor*