**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 25-55072** |
| **JDI CUMBERLAND INLET LLC,** | **CHAPTER 11** |
| Debtor. | |

**SUMMARY OF VOTING ON DEBTORS'**
**PLAN OF REORGANIZATION, FILED ON SEPTEMBER 3, 2025, AS AMENDED**

Tabulated as of October 27, 2025 for Confirmation Hearing to be held on October 27, 2025.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| Class 1 – JDA Allowed Secured Claim | 1 Accepts<br><br>0 Rejects | $10,134,270.03 | Impaired |
| Class 2 – Matsco Allowed Secured Claim | 1 Accepts<br><br>0 Rejects | $1,049,561.64 | Unimpaired |
| Class 3 – S&G Allowed Unsecured Claim | 1 Accepts<br><br>0 Rejects | $2,625,000.00 | Impaired |
| Class 4 – General Unsecured Claims | 0 Accepts<br><br>0 Rejects | $0 | Impaired |

Respectfully submitted**,** this 27ʳᵈ day of October 2025.

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

This is to certify that I have on this date served the foregoing pleading through the Court's ECF system upon the following:

Bryan E. Bates
bebates@bradley.com

Ron C. Bingham
ron.bingham@arlaw.com
lianna.sarasola@arlaw.com

Lindsay P. S. Kolba
lindsay.p.kolba@usdoj.gov

Edwin G. Rice
erice@bradley.com
ajecevicus@bradley.com
edwin-rice-1713@ecf.pacerpro.com

Steven Soulios
ssoulios@lawnynj.com

Doroteya Wozniak
dwozniak@bradley.com

Dated: October 27, 2025

**ROUNTREE LEITMAN KLEIN & GEER, LLC**
*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtors*