**IT IS ORDERED as set forth below:**

**Date: January 5, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re:<br><br>**JDI CUMBERLAND INLET, LLC,**<br><br>Debtor. | **CASE NO. 25-55072-SMS**<br><br>**CHAPTER 11** |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO SHORTEN TIME FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION TO MODIFY CONFIRMED AMENDED AND RESTATED PLAN OF REORGANIZATION**

On January 4, 2026, JDI Cumberland Inlet, LLC ("**Debtor**"), through undersigned counsel, filed **Emergency Motion to Shorten Time for Expedited Hearing** [Doc. No. 98] (the "**Emergency Hearing Motion**") on Debtor's *Emergency Motion to Modify Confirmed Amended and Restated Plan of Reorganization* (the "**Emergency Plan Modification Motion**") [Doc. No.

97][1] requesting that the Court hold a hearing on the Emergency Plan Modification Motion on January 5, 2026. In the Emergency Plan Modification Motion, Debtor requests that the Court enter an order, pursuant to 11 U.S.C. § 1127(b), approving a modification of Debtor's Amended and Restated Plan of Reorganization (the "**Plan**") [Doc. No. 74] that extends the Effective Date of the Plan from January 5, 2026 to January 12, 2026 and extends the Escrow Release Condition to January 13, 2026 Agreement to allow Debtor an additional seven days within which to receive the funding necessary for substantial consummation of the Plan.

The Court having reviewed the Emergency Hearing Motion, and for good cause shown, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** as follows:

1. The Court will hold a hearing on the Emergency Plan Modification Motion at 9:00 A.M. on January 6, 2026 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

2. Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted

---

[1] All defined terms in this Order have the same meaning as ascribed to them in the Emergency Plan Modification Motion.

Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to Debtor's counsel, Ceci Christy, Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia 30329.

3. Counsel for Debtor is directed to serve this Order and Notice, along with a copy of the Emergency Plan Modification Motion, on counsel who have filed notices of appearance in this case, on all creditors, and the United States Trustee via electronic transmission and to notify all creditors and their counsel, if represented, by phone of this Order and Notice and file a certificate of service evidencing the same before the hearing date.

### [END OF DOCUMENT]

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtor*

**Distribution List**

Ceci Christy
ROUNTREE LEITMAN KLEIN &GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303